**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**FILE NO. 7:08-CV-51-D**

**WALTER BOSTIC & MEREDITH**
**BOSTIC,**

                         **Plaintiffs,**

        **v.**

**GILBERT RODRIGUEZ &**
**COLLEEN RYAN,**

                      **Defendants.**

**NOTICE OF MANUAL FILING**

Please take notice that Defendants, Gilbert Rodriguez and Colleen Ryan have manually filed the following document or item

       Exhibit 1      Traffic Stop Video.

This document has not been filed electronically because

☐ the document or item cannot be converted to an electronic format

The document or item has been manually served on all parties.

Respectfully submitted this 30th day of January 2009.

                              ROY COOPER
                              Attorney General


                              /s/ John P. Scherer II
                              John P. Scherer II
                              Assistant Attorney General
                              N.C. State Bar No. 19259
                              E-mail: jscherer@ncdoj.gov
                              N. C. Department of Justice
                              P. O. Box 629

Raleigh, North Carolina  27602
Telephone:  (919) 716-6920
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO. 7:08-CV-51-D**

| | |
|---|---|
| **WALTER BOSTIC & MEREDITH BOSTIC,**<br><br>                              **Plaintiffs,**<br><br>           **v.**<br><br>**GILBERT RODRIGUEZ & COLLEEN RYAN,**<br><br>                              **Defendants.** | **CERTIFICATE OF SERVICE** |

I hereby certify that on 30 January 2009, I electronically filed the Notice of Manual

Filing with the Clerk of the Court, and by depositing a copy in the United States mail,

first-class postage prepaid and addressed to the following:


McCotter, Ashton & Smith, P.A.
Charles K. McCotter, Jr.
N.C. Bar # 5018
3515 Trent Road, #14
Post Office Box 12800
New Bern, N.C. 28561-2800
Co-counsel for Plaintiffs

E.C. Thompson, III
THOMPSON & THOMPSON, P.C.
Post Office Box 901
Warsaw, NC 28398

        Respectfully submitted,

/s/ John P. Scherer II
John P. Scherer II
Assistant Attorney General